Pleasure Playmates Inc.
235, 5701 17th Ave S.E
Calgary, Alberta Canada
T2A 0W3

Judge T. Rawls
U.S Courthouse
401 Courthouse Square
Alexandria, VA 22314

October 31, 2014

Dear Judge T. Rawls Jones,

If there is some way possible Pleasure Playmates Inc. (we) or (us) would like the allegations towards us in the Civil Action #14CV993 to be dismissed or terminated under the motion that Playboy International Inc. (playboy) has unsuccessfully informed us at the beginning of this lawsuit. Not directly through our website (PleasurePlaymates.com) or by Pleasure Playmates Inc.'s registered address, Playboy has not informed us about this law suit directly when Playboy had the correct information to do so. Also, Playboy has unfair advantages with these court proceedings. We feel strongly that this court is out of their jurisdiction with a Canadian based company that has never operated or conduct any business directly in your jurisdiction. We are a small Canadian corporation licensed with the City of Calgary, Alberta with a domain name that is registered and operates only in Canada.

We are not registered with Verisign, if that is the case; we are only registered with Register.ca, who carries our domain name PleasurePlaymates.com in Canada. Under Register .ca Terms and policies it says: "We are an accredited registrar with ICANN for generic Top Level Domain Names ("gTLDs" such as .com, .net, .org, etc.). We are also a CIRA certified registrar for Canada Top Level Domain Name (.ca domain names). In the case of a ".com" or ".net" registration, the following terms and conditions will apply: Submission to UDRP. Registrant agrees to submit to proceedings under ICANN's Uniform Domain Dispute Policy ("UDRP") (http://www.icann.org/dndr/udrp/policy.htm) and comply with the requirements set forth by the Registry; these policies are subject to modification;
For the adjudication of disputes concerning or arising from use of the domain name, the Registrant shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of the Registrant's domicile, and (2) where Register.ca Inc.is located, presently Toronto, Ontario)."

Pleasure Playmates Inc.'s domain name and corporation are registered in Canada and are not associated in anyway with your jurisdiction for this lawsuit to take place. It is an unfair advantage pertaining to a U.S company suing a Canadian one that does not advertise or operate in the United States at all. Not going through Canadian law which is the only place where our business is located and operates from is an unfair advantage. It is an unfair advantage for this court to proceed on an international issue without international laws and International boundaries that should be handled internationally. Acquiring a lawyer in your district is difficult for us. We have had no luck acquiring a lawyer in your district.

Lawyers in Virginia are too expensive. Nealon & Associates are asking for a $20,000.00 retainer to represent us and others are not interested in representing us since this case has been ongoing in court without our knowledge.

If this civil lawsuit is not dismissed or terminated, we strongly hope that this court will take into account the international ruling of the WIPO Case No: D2013-1386 that is internationally known for these issues. We believe that Playboy is trying to take over our Domain name in bad faith. Under our response to the WIPO Case No: D2013-1386 on page 5 we displayed a list of other organizations that's using the word Playmates for the meaning of the word in the dictionary. Since then Playboy has not attempted to go after any of these other organizations for the name Playmates. We believe that Playboy is not being truthful with their reasons of this lawsuit. Pleasureplaymates.com is a good name and Playboy knows it. Playboy only wants our domain name to advertise their female employees to make more profit.

Claiming that they created the word Playmate is untrue, obviously the word Playmate or Playmates is a word in the dictionary and English language that has been there way before Playboy existed and is still being used by many other companies. It's not fair that a large billion dollar corporation (Playboy) is "bullying" a small company in bad faith, over a domain name that does not belong to them and is clearly not associated with Playboy at all. Pleasure Playmates is advertised as an independent Calgary based Escort Company, licensed through the City of Calgary, Alberta, Canada, listed on Google and other search sites since 2009 as an independent company and There is no way anyone could ever be confused about us being associated with Playboy's Trademark Name nor are we disrupting Playboy in any way. Pleasureplaymates.com is clearly not confusingly similar nor is it identical to Playboy's Trademark Name; therefor Playboy has no rights to Pleasureplaymates.com considering the Trademark Name "Playmates" does not belong to Playboy in Canada it belongs to Playmates IP Limited. Shown in Exhibit B, on page 14; in our response to WIPO that was sent to you. Playboy has playmate Trademark in the US and Canada but not Playmates.

Many people that rely on Pleasureplaymates.com for their incomes will be affected if Playboy has their way. This will affect a lot of people in a very negative way. Pleasureplaymates.com is a key part of how our business operates and if this domain name is taken from us we sternly feel we should be compensated for all our losses, with evidence of Playboy badmouthing us on TMZ. Playboy stated that "Our Escorts are trashy and hookers" on with TMZ and other newscast. Sorry, but we are not at all that type of escort agency. Pleasure Playmates Inc. is a high class Escort agency (Escort meaning date, companion, friend, partner, playmates), licensed with the City of Calgary, Alberta, Canada. We provide companionship to our clients and our employees are paid for their companionship only. This is what Playmates in the dictionary are defined as Companions. Playboy allegation with TMZ and other newscast damaged us tremendously, and have given us a bad name.

Please take in account the decision with the WIPO Case No.D2013-1386 with our response to them that was sent to you and that was used by playboy under their Exhibit in this lawsuit for more clarity. Also, please take in account the Register.ca Terms and policies. Please be fair with your decision without any prejudice towards us. We just want to keep our domain name Pleasureplaymates.com and continue on keeping our employees employed.

Thank You

Sincerely,

*[signature]*

K. Melnyk

Pleasure Playmates Management

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true copy of the forgoing Opposition letter for Civil Action #14CV993, was mailed this on this 30th Day of October 2014, to Cody Z. Winchester at Utah Bar No. 7197 PHILLIPS RYTHER & WINCHESTER 600 E. 124 S., Salt Lake City, Utah 84102 and Judge T. Rawls Jones at 401 Courthouse Square, Alexandria, Virginia 22314.

_____
K. Melnyk
Pleasure Playmates Inc. Management