# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Playboy Enterprise, Inc., et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14CV993 |
| | ) |
| | ) |
| Pleasureplaymates.com | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on February 25, 2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Playboy Enterprises, Inc., et al. and against Pleasureplaymates.com .

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 02/26/2015
Alexandria, Virginia