IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PLAYBOY ENTERPRISE, INC. et al, ) | |
|     Plaintiffs, ) | |
| ) | Case No. 1:14-cv-993 |
| v. ) | |
| ) | |
| PLEASUREPLAYMATES.COM ) | |
|     Defendant. ) | |

## ORDER

In this Anti-Cybersquatting Consumer Protection Act claim brought by plaintiffs against defendant's domain name, the matter was referred to a magistrate judge for a Report and Recommendation which issued on December 23, 2014. No objections were timely filed to this Report and Recommendation. Instead, on January 7, 2015, a letter was received on behalf of the corporation registering the infringing domain name styled as an "objection" to the December 23, 2014 Report and Recommendation. This letter reflects that it was not authored or submitted by an attorney but was instead submitted by a corporate officer of the corporation registering the infringing domain name. It is well-settled, however, that a "corporation must be represented by an attorney in federal court." *In re Tamojira, Inc.*, 20 F. App'x 133, 134 (4th Cir. 2001). Because this letter was not filed and submitted by an attorney and because a corporation cannot appear *pro se*, this letter is properly disregarded. In any event, any objections raised therein have been considered and are meritless.

Thus, upon consideration of the December 23, 2014 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby

1

**ORDERED** that the Court adopts as its own the findings and recommendation of the United States Magistrate Judge as set forth in the December 23, 2014 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs and against defendant.

It is further **ORDERED** that Verisign is **DIRECTED** to take prompt steps to ensure that ownership and registration of defendant's domain name <pleasureplaymates.com> is **TRANSFERRED** to plaintiffs.

The Clerk is **DIRECTED** to enter judgment pursuant to R. 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to the parties and all counsel of record.

Alexandria, VA
February 25, 2015

_____
T. S. Ellis, III
United States District Judge